**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

In Re:   **Ulrica Ann Bailey**

Debtor

Case No.: **14–71280–mgd**

Chapter: **7**

## Order Dismissing Case For Failure to Cure Deficiencies
## Related to the List of Creditors

The above referenced case was filed on 10/29/14 . An Order was entered thereafter directing Debtor to cure one or more deficiencies related to the list of creditors required with the filing of the voluntary petition. The Debtor has failed to comply with the terms of the Order. Accordingly, it is

ORDERED THAT THIS CASE IS DISMISSED.

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court by November 24, 2014 .

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), any Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an Employer Deduction Order.

SO ORDERED, on  November 10, 2014.

Mary Grace Diehl
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 Russell Federal Building**
**75 Spring Street, SW**
**Atlanta, GA 30303**

Form 314a